RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 9/7/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GLENDA FLETCHER, ET AL | CIVIL ACTION NO. 11-1603 |
| -vs- | JUDGE DRELL |
| MARKEL INSURANCE CO. OF CANADA, ET AL | MAGISTRATE JUDGE KIRK |

## ORDER OF RECUSAL

The undersigned must recuse himself from this case. The matter is referred to Chief Judge Robert G. James for reassignment.

SIGNED on this 7 day of September, 2011, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 9-7-11
BY:
TO: DD