UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| GLENDA FLETCHER ET AL | § | CIVIL ACTION NO.: 1:11CV1603 |
| VERSUS | § | JUDGE DRELL |
| MARKEL INSURANCE CO OF CANADA ET AL | § | MAGISTRATE JUDGE KIRK |

**MINUTE ENTRY**

At the direction of Chief Judge Robert G James, the above-captioned matter is hereby reassigned to Judge James T Trimble Jr. All future filings should bear the name of the new assignment.

TONY R MOORE, CLERK

s/Lysandra B Williams
Deputy Clerk